1
2
3
4
5
6
7

8                   **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11  DEBORAH J. AROZ,                     )  Case No.: 1:09-cv-2185-JTL
                                         )
12                 Plaintiff,            )  ORDER GRANTING PARTIES'
                                         )  STIULATION FOR DISMISSAL
13                                       )  WITH PREJUDICE
           vs.                           )
14                                       )
                                         )
15  MICHAEL J. ASTRUE,                   )
    Commissioner of Social Security,     )
16                                       )
                                         )
17                 Defendant.            )
                                         )
18  ──────────────────────────────────  )

19        Based upon the parties' stipulation, IT IS HEREBY ORDERED that the

20  matter is dismissed without prejudice.  Each party will bear their own costs.

21

22

23  IT IS SO ORDERED.

24     Dated:  __**June 9, 2010**__          ____**/s/ Jennifer L. Thurston**____
                                              UNITED STATES MAGISTRATE JUDGE
25

26